# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/23/2025__

April 22, 2025

**<u>VIA CM/ECF</u>**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
40 Foley Square/500 Pearl Street - Courtroom 1506
New York, NY 10007

Re:    **Keung v. Peoples Place Gourmet Deli Corp., et al.**
       **Case 1:25-cv-01141-AT**

Dear Judge Torres:

The undersigned represents the Plaintiff in the above-captioned case matter. The Scheduling Order in this matter has currently scheduled the Case Management and Joint Letter to be filed by April 21, 2025. However, Defendants have not yet appeared in this matter, having been properly sent to be served to the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz

By **May 21, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 23, 2025
       New York, New York

ANALISA TORRES
United States District Judge