USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/22/2025__

# THE WEITZ LAW FIRM, P.A.

May 21, 2025

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

      Re: **Keung v. Peoples Place Gourmet Deli Corp., et al.**
        **Case 1:25-cv-01141-AT**

Dear Judge Torres:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Scheduling Order in this matter has currently scheduled the Case Management and Joint Letter to be filed by May 21, 2025. However, Defendants have not yet appeared in this matter, having been properly sent to be served by the Secretary of State [D.E 12 and D.E. 13].

  As such in order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this second adjournment request.

            Sincerely,

            By: /S/   B. Bradley Weitz_____

By **June 18, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 22, 2025
   New York, New York

                _____
                ANALISA TORRES
                United States District Judge