# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2025

August 7, 2025

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

      Re: **Keung v. Peoples Place Gourmet Deli Corp, et al.**
        **Case 1:25-cv-01141-AT**

Dear Judge Torres:

  The undersigned represents the Plaintiff in the above-captioned matter.

  Pursuant to Order [D.E. 18], the Case Management Plan and Joint Status Letter is currently due August 7, 2025. The Defendants have not yet appeared in this matter, though properly served.

  In order to jointly file the required document properly and with adequate time for revisions, if any, In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Case Management Plan and Joint Status Letter is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first extension request.

  GRANTED. By **September 22, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: August 11, 2025
   New York, New York

              _____
              ANALISA TORRES
              United States District Judge