```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                Plaintiff,

-against-

PEOPLES PLACE GOURMET DELI CORP, a New York corporation, d/b/a PEOPLES PLACE GOURMET DELI, and SWEETS 1391 LLC, a New York limited liability company,

                Defendants.

25 Civ. 1141 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated August 11, 2025, the Court ordered the parties to file their joint letter and proposed case management plan by September 22, 2025. ECF No. 20. Those submissions are now overdue. Accordingly, by **October 21, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 23, 2025
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge