UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LIN KWOK KEUNG,

                    Plaintiff,

          -against-

FAROUQ SALEH, an individual, d/b/a PEOPLES
PLACE GOURMET DELI, and SWEETS 1391 LLC, a
New York limited liability company,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2026_____

25 Civ. 1141 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In the case management plan and scheduling order, entered March 10, 2026, *see* ECF No. 40, the parties proposed a referral to the Southern District's Mediation Program within 60 days from the entry of the order, *id.* ¶¶ 10(b)–(c)  By **May 26, 2026**, the parties shall file a joint letter stating whether either party objects to a referral to the Southern District's Mediation Program at this time.

          SO ORDERED.

Dated: May 18, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge